1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11  DONOVAN LAMONTE HALEY,          )     NO. CV 22-6721-SB(E)
                                    )
12            Plaintiff,            )
                                    )
13       v.                         )     ORDER ACCEPTING FINDINGS,
                                    )
14  LONG BEACH POLICE DEP'T,        )     CONCLUSIONS AND RECOMMENDATIONS
    ET AL.,                         )
15                                  )     OF UNITED STATES MAGISTRATE JUDGE
              Defendants.           )
16  _____)

17

18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19  Complaint, all of the records herein and the attached Report and

20  Recommendation of United States Magistrate Judge.  Further, the Court

21  has engaged in a de novo review of those portions of the Report and

22  Recommendation to which any objections have been made.  The Court

23  accepts and adopts the Magistrate Judge's Report and Recommendation.

24

25       IT IS ORDERED that Judgment shall be entered dismissing the

26  action without prejudice.

27  ///

28  ///

1      IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of

2 this Order and the Judgment of this date on Plaintiff.

3

4      DATED:    December 11, 2022    .

5

6

7                             _____

8                          STANLEY BLUMENFELD JR.
                       UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2