JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONOVAN LAMONTE HALEY, | ) | NO. CV 22-6721-SB(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| LONG BEACH POLICE DEP'T, ET AL., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: __December 11, 2022__.

_____
STANLEY BLUMENFELD JR.
UNITED STATES DISTRICT JUDGE